## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL CLIFTON JENNINGS, SR.,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 24-CV-6872** |
| : | |
| **BRUCE W. JENNINGS,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 30th day of January, 2025, upon consideration of Michael Clifton Jennings, Sr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 7), *pro se* Complaint (ECF No. 1), and "Motion for PFA" (ECF No 8), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, the Complaint is **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as follows:

    a. Mr. Jennings's damages claims against Defendant Howell are **DISMISSED WITHOUT PREJDUICE** as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994). The dismissal is without prejudice to Jennings filing a new case <u>only</u> in the event his underlying conviction is reversed, vacated, or otherwise invalidated.

    b. The balance of the Complaint is **DISMISSED WITH PREJUDICE**.

4. The Motion for PFA is **DENIED**.

      5.      The Court certifies that any appeal from this Order is not taken in good faith.

*See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

      6.      The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                            /s/ Gerald Austin McHugh

                                            **GERALD A. McHUGH, J.**